UNITED STATES of America,
Plaintiff–Appellee,

v.

Jorge Antonio OLIVA–MORALES,
Defendant–Appellant.

No. 05–41772
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Sept. 18, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Timothy William Crooks, Assistant Federal Public Defender, Marjorie A. Meyers, Federal Public Defender, Philip G. Gallagher, Federal Public Defender's, Office Southern District of Texas Houston, TX, for Defendant–Appellant.

Before REAVLEY, SMITH, and BARKSDALE, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Jorge Oliva–Morales has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Oliva–Morales has not filed a response. Although Oliva–Morales has been released from prison and removed from the United States, his appeal is not moot for purposes of our review. *See Spencer v. Kemna*, 523 U.S. 1, 7–12, 118 S.Ct. 978, 140 L.Ed.2d 43 (1998); *United States v. Rosenbaum–Alanis*, 483 F.3d 381, 383 (5th Cir.2007); *United States v. Lares–Meraz*, 452 F.3d 352, 355 (5th Cir.2006).

Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.